of Texas

10/07/2015

RE: Habeas Corpus petition,

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

OCT 19

Honorable Abel Acosta, Clerk:

Abel Acosta, Clerk

I am experiencing extreme obstruction for the TDCJ Wynne Unit's Warden K. Strong that is destroying my time as it regards state and federal habeas corpus.

I was a witness to the systematic abuse unto death of an old man here named Leopoldo Cruz.... In trying to bring this to federal attention through 42 USC 1983 I have been sexually assaulted by staff, threatened and had my legal work repeatedly confiscated for months at a time without receipt or reason.

The federal Southern District took the suit as (4:15-cv-02384) on August 18th 2015. But the unit mail room has a serious reputation for obstructing the mail and this warden has me literally in fear for my life.

Again yesterday for the third time large segments of my property was again confiscated without papers, outside my presence.

(Re: Letter to Abel Acosta, Clerk.) 10/07/2015

I am in self-imposed protective custody from the warden and her associates. And this time they have taken even the appellate brief, prosecutor's response and allmost all my legal supplies.

This is truly ridiculous and I've sought transfer but this warden wants me near her as the suit is litigated.

She (K. Strong) lost a massive suit in 2008 for nearly killing a prisoner after instigation of his brutal rape... The system has moved her around for the past six years but now she's been given a warden's job for the first time.

I fear this woman will attempt to instigate my death because the suit threatens her. I am totally being kept from my state 11.07 work and there's no end to it.

Please file this if you would and let me know if you recieved the letter. I've sent two prior. (Please) this is very bad Honorable Mr. Acosta. (Please respond in some way sir).

Very Truly Yours,

M. Simmons

(Please respond).